ALEXANDER DUMAS, JR., Respondent, *v.* AUBURNDALE REALTY COMPANY, Appellant.

*Dumas* v. *Auburndale Realty Co.*, 158 App. Div. 945, affirmed.
(Argued October 21, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered November 14, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court after the return of answers to questions submitted by the court to the jury in an action to recover commissions on the sale of real property.

*Henry W. Unger, Alexander U. Zinke* and *Reginald F. Isaacs* for appellant.

*Samuel M. Richardson, John Harris Hendrick* and *Worden E. Winne* for respondent.

Judgment affirmed, with costs, under section 1317 of the Code of Civil Procedure; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.